Emil J. Miller, as Administrator, etc., of Emil A. Miller, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and Clarke, J., dissented.)

The Ridgewood National Bank, Respondent, v. Manhattan Securities Company and Others, Impleaded with Edmund K. Stallo and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Julia P. McSwegan, Respondent, v. Peter Stephan and Others, Appellants, Impleaded with Robert Gilchrist and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Fannie Wishnofsky, an Infant, by Isidor Wishnofsky, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Edward F. McCarton, as Administrator, etc., of Edward McCarton, Deceased, Respondent, v. The Board of Education of the City of New York, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin and Clarke, JJ.

Charles Sims and Others, as Executors, etc., of Mary Adelaide Yerkes, Deceased, Appellants, v. Louis S. Owsley, as Ancillary Executor, etc., of Charles T. Yerkes, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.,

The People of the State of New York, Respondent, v. Arcangelo Piromelli, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Henry Heide, Respondent, v. Angelos Fassois, Impleaded with Lambros Mulinos, Appellant.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

The People of the State of New York, Respondent, v. Morris Miller and Wolf Brand, Appellants.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Valerian Kelly, Appellant, v. Church E. Gates & Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Robert J. Collier, as Sole Surviving Partner of the Firm of P. F. Collier & Son, Respondent, v. Continental Asphalt Paving Company, Appellant. —Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

The People of the State of New York, Respondent, v. Llewellyn C. Collins, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.